United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

**JUDGMENT IN A CIVIL CASE**

**CHARLES R. BEYERS, SR.
and CHARLES BEYERS, JR.,**

Plaintiffs,

v.                                              CASE NUMBER: 1:12-cv-1270-JDB-egb

**MICHAEL NELSON,
MICHAEL J. CRONIN, and,
VOLUNTEER TECHNOLOGY
SYSTEMS, LLC,**

Defendants.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered in the above-styled matter on 9/4/2014, this case is hereby dismissed with prejudice.

**APPROVED:**

                                                s/J. Daniel Breen
                                                Chief Judge, U. S. District Court

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**